RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 17 A 10 10

ROBERT JOHNS JR. )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 3:05CV990-T
 ) (To be supplied by Clerk of
LEE COUNTY ) U.S. District Court)
_____ )
DETENTION CENTER )
_____ )
_____ )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **LEE COUNTY DETENTION CENTER**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **LEE COUNTY DETENTION CENTER**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **SEPTEMBER 16, 2005**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **VIOLATION OF FIRE HAZARD CODE**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ALL FIRE SPRINKLER HEADS HAVE BEEN PAINTED OVER NUMEROUS TIMES, NOT ONLY IN MY CELL BUT OTHER PARTS OF THIS FACILITY.

GROUND TWO: UNSANITARY LIVING CONDITIONS

SUPPORTING FACTS: SLEEPING ON CONCRETE FLOOR FOR OVER 1 MONTH (NUMEROUS PEOPLE), CUPS & SPOONS ARE NOT PROPERLY SANITIZED, MOLD IS BUILT UP IN SHOWERS, ON WALLS, + A/C VENTS, FRUIT FLIES COME UP OUT OF FLOOR DRAINS, STAFF INFECTIONS THROUGHOUT FACILITY.

GROUND THREE: MALNUTRITION

SUPPORTING FACTS: RED MEAT MAYBE ONCE A WEEK, FOOD WON'T EVEN COVER SLOTS IN SERVING TRAY, ONLY WATER TO DRINK, NOT ENOUGH FOOD SERVED TO PLEASE A 5 YR. OLD CHILD, SERVING TRAYS ARE MELTED, HOLES IN THEM, PLASTIC COATING COMING OFF IN FOOD.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

*Robert C. Johnson Jr.*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-17-05 .
(Date)

*Robert C. Johnson Jr.*
Signature of plaintiff(s)