IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT JOHNS, JR., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LEE COUNTY DETENTION CENTER, )<br>)<br>   Defendant. ) | CIVIL ACTION NO. 3:05cv990-T |

**ORDER**

On 24 October 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the Plaintiff's complaint against the Lee County Detention Center is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this the 18th day of November, 2005.

                                                          Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE