IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT JOHNS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05cv990-T |
| | ) |
| LEE COUNTY DETENTION CENTER, | ) |
| | ) |
|     Defendant. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed with prejudice.

Done this the 18th day of November, 2005.

                                                          Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE